Order affirmed, with costs to the Workmen’s Compensation Board, on the opinion at the Appellate Division.
 

 Concur: Chief Judge Fuld and Judges Burke, Breitel, Gabrielli, Jones and Wachtler. Judge Jasen dissents and votes to reverse in the following memorandum: I would reverse the order of the Appellate Division and dismiss the claim on the ground that the record does not support a finding of ‘‘ suddenness of causation ” or
 
 ‘‘
 
 suddenness of result ”, an essential element of a compensable industrial accident. (See
 
 Matter of Greensmith
 
 v.
 
 Franklin Nat. Bank,
 
 21 A D 2d 576, affd. 16 N Y 2d 973.)